| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ 07068<br>Telephone Number (973) 797-1100<br>Telecopier Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>**Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Wells Fargo Bank, National Association, As Trustee For Securitized Asset Backed Receivables Llc Trust 2005-Fr4 Mortgage Pass-Through Certificates, Series 2005-Fr4**<br>By: Jeanette F. Frankenberg, Esq. |

| In Re:<br><br>MaryAnn K. Smith<br>Debtor(s) | Case No.: 18-14821-ABA<br>Chapter: 7<br>Hearing Date:<br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

## CERTIFICATION IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I am a/an ___Assistant Secretary___ of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") and am authorized to sign this supplemental declaration on behalf of Nationstar, the successor servicer to Bank of America, N.A. This supplemental declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

1. I have personal knowledge of the facts contained in this declaration as follows: I am familiar with the systems of record that Nationstar uses to record and create information related to the residential mortgage loans that it services, including the processes by which Nationstar obtains the loan information in those systems. While many of those processes are

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary

-7-

automated, the information manually entered by Nationstar employees relating to loans on those systems is based upon personal knowledge of the information and is entered into the system at or near the time the knowledge was acquired. These computerized records are created and maintained in the regular course of its business as a loan servicer and Nationstar relies on the records in the ordinary course to conduct its business as a loan servicer. These systems also include records of Bank of America, N.A., the prior servicer of the mortgage loan.

2. The Debtor has executed and/or delivered and/or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

3. Nationstar Mortgage LLC d/b/a Mr. Cooper services the Debt Agreement/Note/Home Equity Note on the property. In the event the automatic stay is modified, this case dismisses and/or the Debtor receives a discharge and a foreclosure action is commenced on the property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Debt Agreement/Note/Home Equity Note and held the Debt Agreement/Note/Home Equity Note at the time of filing the Motion. The Debt Agreement/Note/Home Equity Note is made payable to Movant or the Debt Agreement/Note/Home Equity Note has been duly endorsed.

4. As of 03/14/2018 there are one or more defaults in paying amounts due with respect to the Note.

5. As of 03/14/2018, the unpaid principal balance of the Note is $543,599.95.

---

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary

The following chart sets forth payments due pursuant to the terms of the Note, which have been missed by the Debtor(s) as of 03/14/2018:

| Number of Payments | From | To | Missed Principal and Interest | Missed Escrow (If Applicable) | Monthly Missed Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|---|---|
| 6 | 11/01/2006 | 04/01/2007 | $3,601.89 | $660.92 | $4,262.81 | $25,576.86 |
| 6 | 05/01/2007 | 10/01/2007 | $4,720.47 | $660.92 | $5,381.39 | $32,288.34 |
| 6 | 11/01/2007 | 04/01/2008 | $531.32 | $660.92 | $1,192.24 | $7,153.44 |
| 6 | 05/01/2008 | 10/01/2008 | $4,801.89 | $660.92 | $5,462.81 | $32,776.86 |
| 6 | 11/01/2008 | 04/01/2009 | $4,849.86 | $660.92 | $5,510.78 | $33,064.68 |
| 6 | 05/01/2009 | 10/01/2009 | $4,335.97 | $660.92 | $4,996.89 | $29,981.34 |
| 6 | 11/01/2009 | 04/01/2010 | $4,023.55 | $660.92 | $4,684.47 | $28,106.82 |
| 6 | 05/01/2010 | 10/01/2010 | $3,851.37 | $660.92 | $4,512.29 | $27,073.74 |
| 6 | 11/01/2010 | 04/01/2011 | $3,935.97 | $660.92 | $4,596.89 | $27,581.34 |
| 12 | 05/01/2011 | 04/01/2012 | $3,894.12 | $660.92 | $4,555.04 | $54,660.48 |
| 12 | 05/01/2012 | 04/01/2013 | $3,975.74 | $660.92 | $4,636.66 | $55,639.92 |
| 6 | 05/01/2013 | 10/01/2013 | $3,896.44 | $660.92 | $4,557.36 | $27,344.16 |
| 6 | 11/01/2013 | 04/01/2014 | $3,857.67 | $660.92 | $4,518.59 | $27,111.54 |
| 18 | 05/01/2014 | 10/01/2015 | $3,857.67 | $4,734.84 | $8,592.51 | $154,665.18 |
| 6 | 11/01/2015 | 04/01/2016 | $3,893.88 | $4,734.84 | $8,628.72 | $51,772.32 |
| 3 | 05/01/2016 | 07/01/2016 | $4,001.46 | $4,734.84 | $8,736.30 | $26,208.90 |
| 3 | 08/01/2016 | 10/01/2016 | $4,001.46 | $1,378.10 | $5,379.56 | $16,138.68 |
| 6 | 11/01/2016 | 04/01/2017 | $4,072.60 | $1,398.64 | $5,471.24 | $32,827.44 |
| 6 | 05/01/2017 | 10/01/2017 | $4,142.95 | $1,398.64 | $5,541.59 | $33,249.54 |
| 4 | 11/01/2017 | 02/01/2018 | $4,177.65 | $1,391.16 | $5,568.81 | $22,275.24 |
| 1 | 03/01/2018 | 03/01/2018 | $4,177.65 | $1,398.99 | $5,576.64 | $5,576.64 |

Less post-petition partial payments (suspense balance): $0.00.

**Total: $751,073.46**

7. As of 03/14/2018, the date of the last payment received is 11/22/2011.

8. Attached hereto, as **Exhibit A**, is the Certification Re Calculation of Amounts Due.

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __30__ day of __March__, __2018__

_____Mary Gracia_____
Name:
Title:

Mary Gracia
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary

-10-

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> Stern Lavinthal & Frankenberg LLC <br> 105 Eisenhower Parkway - Suite 302 <br> Roseland, NJ 07068 <br> Telephone Number (973) 797-1100 <br> Telecopier Number (973) 228-2679 <br> Attorneys for Secured Creditor, <br> **Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Wells Fargo Bank, National Association, As Trustee For Securitized Asset Backed Receivables Llc Trust 2005-Fr4 Mortgage Pass-Through Certificates, Series 2005-Fr4** <br> By: Jeanette F. Frankenberg, Esq. | |
| In Re: <br><br> MaryAnn K. Smith <br> Debtor(s) | Case No.: 18-14821-ABA <br> Chapter: 7 <br> Hearing Date: <br> Judge: Andrew B. Altenburg, Jr. |

**CERTIFICATION REGARDING CALCULATION OF AMOUNTS DUE
(NOTE AND MORTGAGE DATED MARCH 25, 2005)**

Mary Gracia _____ of full age, employed as Assistant Secretary _____

by **Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Wells Fargo Bank, National Association, As Trustee For Securitized Asset Backed Receivables Llc Trust 2005-Fr4 Mortgage Pass-Through Certificates, Series 2005-Fr4**, hereby certifies the following:

Mortgage Recorded on 05/10/2005, in Atlantic County, in Book Vol. 12023, Instrument # 2005050522.

**Property Address:** 1516 Mays Landing Road, Folsom, NJ 08037
**Mortgage Holder:** Wells Fargo Bank, National Association, As Trustee For Securitized Asset Backed Receivables Llc Trust 2005-Fr4 Mortgage Pass-Through Certificates, Series 2005-Fr4

## I. PAYOFF STATEMENT

| | |
|---|---:|
| Unpaid Principal Balance | $543,599.95 |
| Accrued Interest | $507,487.82 |
| Attorney's fees and costs as of 03/14/2018: | $931.00 ** |

Advances through 03/14/2018 for:

| | | |
|---|---:|---:|
| Real Estate Taxes | $187,825.52 | |
| Property Inspection | $1,429.25 | |
| Other | $0.00 | |
| **Sub-Total of Advances** | $189,254.77 | |
| Less Escrow Monies | $0.00 | |
| **Net Advances** | $189,254.77 | |

| | |
|---|---:|
| Interest on advances | |
| Other charges (specify) Foreclosure Fees & Costs | $7,071.84 |
| Property Preservation | $1,175.00 |
| BPO | $320.00 |
| Sheriff Costs | $1,000.00 |
| **TOTAL DUE AS OF 03/14/2018** | **$1,250,840.38** |

Date of last payment: 11/22/2011

---

** Attorney's fees and costs above include $931.00 of fees and costs incurred by Movant in connection with seeking the relief requested in the motion for relief.

-12-

## II. EQUITY ANALYSIS (When appropriate)

Estimated fair market value of real estate (as of 01/30/2018)     $390,000.00*

*Source: BPO (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:
1. Real estate taxes as of 03/14/2018     $187,825.52
2. First Mortgage (principal and interest), as of 03/14/2018     $1,051,087.77
3. Second Mortgage (principal and interest),
4. Other (specify on separate exhibit)     $11,927.09

    **TOTAL LIENS** ......................................     $1,250,840.38

### APPARENT EQUITY AS OF 03/14/2018
    $ 0.00 **

** If negative, insert zero (0).

I certify under penalty of perjury that the foregoing is true and correct.

3/30/18
(Date of signature)

Signature
Mary Gracia
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

## Other Fees

| | |
|---|---|
| Bankruptcy Attorney Fees & Cost | $931.00 |
| Property Inspections | $1,429.25 |
| Property Preservation | $1,175.00 |
| BPO | $320.00 |
| Sheriff Costs | $1,000.00 |
| Foreclosure Fees & Costs | $7,071.84 |
| Other Fees | $0.00 |
| **Total** | **$11,927.09** |

201505482

# Xome

## DESKTOP APPRAISAL WITH FIELD INSPECTION: Restricted Appraisal Report

### Subject Property

| | | | |
|---|---|---|---|
| Address | 1516 MAYS LANDING ROAD FOLSOM NJ 08037 | Report Generated: | 1/31/2018 |
| Loan Number | | Order ID | |
| Client | | Submitted By | Alexandra Fasy |
| | | Inspection Type | Exterior |
| Name | Nationstar Credit Risk Forward | Inspection Date | 01/30/2018 |
| Address | 350 Highland Dr., Lewisville, TX-75067 | | |

### Price Opinion

| | Current | | 0-90 Days | |
|---|---|---|---|---|
| | Price Opinion | Suggested List Price | Price Opinion | Suggested List Price |
| As Is | $390,000 | $410,000 | $370,000 | $390,000 |
| As Repaired | $390,000 | $410,000 | $370,000 | $390,000 |

### Main Photo



01.05.2018 12:12

Xome

1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID

## SELECTED COMPARABLES SALES

| | Subject Property | Sale Comp 1 | | Sale Comp 2 | | Sale Comp 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1516 MAYS LANDING ROAD FOLSOM NJ, 08037 | 355 NORTH ST HAMMONTON NJ, 08037 | | 41 GOLF DR HAMMONTON NJ, 08037 | | 116 HUNTINGTON DR HAMMONTON NJ, 08037 | |
| Data Source | Public Records | MLS | | Public Records | | Public Records | |
| MLS# | | PATREND-V\|6667468 | | NJSJS-V\|477508 | | PATREND-V\|6951425 | |
| Proximity (mi) | | 4.08 | | 4.21 | | 2.74 | |
| Latest List Date | | 10/19/2015 | | 10/23/2016 | | 03/27/2017 | |
| Latest List Price | | $289,900 | | $475,000 | | $489,219 | |
| Sale Date | | 01/30/2017 | | 10/24/2017 | | 07/21/2017 | |
| Sale Price | | $285,000 | | $420,000 | | $475,000 | |
| Sold Sale Type | | Arms length sale | | Arms length sale | | Arms length sale | |
| List Sale Type | | | | | | | |
| Days On Market | | 469 | | 332 | | 93 | |
| Property Type | Single Family Residence | Single Family Residence | | Single Family Residence | | Single Family Residence | |
| Loan Type | Unavailable | Unavailable | | Unavailable | | Unavailable | |
| Sold Price/Sq.Ft. | | $84 | | $133 | | $112 | |
| List Price/Sq.Ft. | | | | | | | |
| ADJUSTMENTS | Value (Subject) | Value | Adj | Value | Adj | Value | Adj |
| Date of Sale | | 01/30/2017 | $0 | 10/24/2017 | $0 | 07/21/2017 | $0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | $0 | Fee Simple | $0 | Fee Simple | $0 |
| Lot Size | 70567 | 14301 | $2,000 | 24394 | $1,500 | 139828 | ($5,000) |
| Comparability | | Inferior | $0 | Superior | $0 | Superior | $0 |
| Concessions | | | $0 | | $0 | | $0 |
| Assessments | | | $0 | | $0 | | $0 |
| # Units | 1 | 1 | $0 | 1 | $0 | 1 | $0 |
| Design | Cottage | 2 Story Conventional | $0 | 2 Story Conventional | $0 | 2 Story Conventional | $0 |
| Condition | C3 - Average | C4 - Below Average | $50,000 | C2 - Very Good | ($50,000) | C2 - Very Good | ($75,000) |
| Year Built | 1956 | 1984 | $0 | 1995 | $0 | 2002 | $0 |
| GLA | 4900 | 3380 | $50,000 | 3154 | $59,000 | 4221 | $20,000 |
| Above Grade GLA | | 0 | $0 | 0 | $0 | 0 | $0 |
| View | NONE | NONE | $0 | NONE | $0 | NONE | $0 |
| Location | Adverse | Neutral | ($15,000) | Neutral | ($15,000) | Beneficial | ($30,000) |
| Location Comment | Busy road, backs to commercial | Neighborhood. | | Neighborhood. | | Golf Course. | |
| Builder Quality | N/A | N/A | $0 | N/A | $0 | N/A | $0 |
| Total Rooms | | | $0 | | $0 | | $0 |
| Bedrooms | 4 | 5 | $0 | 0 | $0 | 0 | $0 |
| Baths | 5.2 | 2.1 | $10,000 | 2.1 | $10,000 | 2.2 | $9,000 |
| Bsmt Sq. Ft. | | | $0 | | $0 | | $0 |
| Bsmt % Finished | | | $0 | | $0 | | $0 |
| Parking Type | Garage | Garage | $0 | Garage | $0 | Garage | $0 |
| # Parking Stalls | 2 | 1 | $3,000 | 2 | $0 | 2 | $0 |
| Amenities | | | $0 | | $0 | | $0 |
| Fireplaces | Yes | Yes | $0 | Yes | $0 | Yes | $0 |
| Pool | Yes | Yes | $0 | No | $10,000 | Yes | $0 |
| Water | | | $0 | | $0 | | $0 |
| Sewer | | | $0 | | $0 | | $0 |
| Net Adj. (total) | 0 | | $100,000 | | $15,500 | + | ($81,000) |
| Gross Adj. | 0 | | $130,000 | | $145,500 | | $139,000 |
| Adj. Sales Price | $0 | | $385,000 | | $435,500 | | $394,000 |

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS
Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing



1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID:

## SELECTED COMPARABLES MAP



| Address | Type | Sale/List Price | Sale/List Date | Dist (mi) | Site | Year Built | Bed | Bath | GLA | Bsmt | Pool | Sale Type | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516 MAYS LANDING ROAD | RSFR | $0 | | | 0 | 1956 | 0 | 0 | 4900 | 0 | No | | Public Records |
| 355 NORTH ST | Single Family Residence | $285,000 | 01/30/2017 | 4.08 | 14301 | 1984 | 5 | 3 | 3380 | 0 | | | MLS |
| 41 GOLF DR | Single Family Residence | $420,000 | 10/24/2017 | 4.21 | 24394 | 1995 | 0 | 0 | 3154 | 0 | | | Public Records |
| 116 HUNTINGTON DR | Single Family Residence | $475,000 | 07/21/2017 | 2.74 | 139828 | 2002 | 0 | 0 | 4221 | 0 | | | Public Records |



1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID:

## SUBJECT PROPERTY INFORMATION

### Property Details

| County | ATLANTIC | Property Type | RSFR | Beds | 4 | Baths | 5.2 |
|---|---|---|---|---|---|---|---|
| Sqft | 4900 | Land | 70567 | Year Built | 1956 | Carrier Route | R006 |
| Assessed Value | $328,700 | Assessed Year | | Sold Price | $0 | Sold Date | |
| List Price | | List Date | | Off Market Date | | | |

### Historical Information

| Date | Price | Type | Data Source |
|---|---|---|---|

### Additional Information

| Disaster Info | | Other Info | |
|---|---|---|---|
| Subject Impacted by disaster in the past 12 months | No | Borrower | |
| | | Owner of Public Records | SMITH,GEORGE & MARY ANN |
| | | Occupancy | Occupied |
| | | Parcel Number | |
| | | HOA Fees | |
| | | New Construction | No |
| | | Subject Zoning | Legal |
| Current Listing Information | | Last Sold Information | |
| Listed in the last 12 months | No | Sold in the last 36 months | No |

### Previous Price Opinions

| Client Name | Value Date | Product Type | Days Diff | Value | RMV Value | Pri. Value | Diff | Diff from Current BPO | Property Type | Property Features | Condition | QVM Value | Conf. Score | Risk Level |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nationstar Credit Risk Forward | Current | Exterior | - | $390,000 | - | - | - | - | Single Family Residence | GLA: 4900 Beds: 4 Baths: 7 Age: 1956 | C3 - Average | $351,312 | 79 | 0 |

Xome

1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID:

## INSPECTION

### Inspection Subject Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Property Type | SFD | Bedrooms | 0 | Baths | 0.0 |
| Overall Condition Rating | C3 - Average | Subject Location | Rural | | |
| Vendor Comments | Subject is a single family home located in a rural setting that is still close enough to shopping and schools. This property appears to be in average condition, needing some updating. | | | | |

### Subject Checklist

| Checklist Item | | Comments |
|---|---|---|
| Gated Community? | No | |
| For Sale Sign Visible? | No | |
| Safety Concerns? | No | |
| View | None | |
| Appears Habitable? | Yes | |
| Appears Occupied? | Yes | |
| Conforms to Neighborhood? | Yes | |
| Condition-compared to Neighborhood? | Inferior | Property appears to be weathered compared to most of the other homes on the same street |
| Any Active Construction? | No | |
| Property Type | SFD | |
| Property Maintenance Required? | No | |
| Parking Type | Attached Garage | |
| Broken Windows/Doors (Outside)? | No | |
| Siding Damage? | No | |
| Driveway Damage? | No | |
| Visible Structural Damage? | No | |
| Roof Damage? | No | |
| Evidence of Vandalism? | No | |
| Water Damage? | No | |
| Fire Damage? | No | |
| Utilities Active? | Yes | |
| Utility Issue? | Unable to determine | |
| Garbage on the property? | No | |

### Neighborhood Checklist

| Checklist Item | | Comments |
|---|---|---|
| Neighborhood Homes in Below Average Condition? | No | |
| Vacant Homes in Neighborhood? | No | |
| Adjacent Lot Conditions Adversely Affect Property? | No | |
| Commercial/Nonresidential Properties in Neighborhood | No | |
| Neighborhood Streets in Below Average Condition? | No | |
| Noise obselescene from highway,airport,railway,etc? | No | |
| Detrimental or Hazardous Odors? | No | |
| Overhead Power Lines Present? | No | |

Xome  1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID:

## REPAIRS AND OPINION OF VALUE

**Are there any repairs needed?** No

### Opinion of Value

|  | Current | | 0-90 Days | |
| --- | --- | --- | --- | --- |
|  | Price Opinion | Suggested List Price | Price Opinion | Suggested List Price |
| As Is | $390,000 | $410,000 | $370,000 | $390,000 |
| As Repaired | $390,000 | $410,000 | $370,000 | $390,000 |

### Other Indicators

| | |
| --- | --- |
| Market Rent | $2,400 |
| Land Value | $40,000 |
| Final Comments | The Cost and income approaches were not developed. The final valuation is a weighted average of the comparables with most weight placed on sale #1 with least gross adjustments. Final value reconciliation affected by subject's adverse location adjacent to commercial development. |

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS
Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

**Xome**

1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID:

## APPRAISER SIGNOFF

### Prior Services Disclosure

**Previous Services Provided:** I have performed a service for the subject property in the past 3 years.
Prior desktop appraisal in May 2017.

### Appraiser Information

**Appraiser Name** Alexandra Fasy
**License Number** 42RA00438800
**License State** NJ

### Appraiser Company Information

**Name** ALEXANDRA H. FASY

### Appraiser Signature

**Signature File**

**Signature Date** 01/08/2018 08:23 PM (EST)

Xome

1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID

## DISCLAIMERS

**Scope of Work:**
The scope of work for this appraisal is defined by the appraiser and based on the complexity of the restricted appraisal assignment and the reporting requirements of this restricted appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications.
I DID NOT INSPECT (Desktop Appraisal) the subject property, neighborhood, or the comparable sales in this report. I have disclosed and described the work performed by a third party in connection with the development of the appraisal; including the extent that the appraiser relied on the information, I researched, verified, and analyzed data from reliable public and or private sources, and reported my analysis, opinions, and conclusions in this appraisal report. I have determined that, based on the intended use of this report, the assignment results are credible, and that sufficient information about the subject's significant physical characteristics was readily available to develop a credible opinion of value. The subject is assumed to be in marketable condition, unless evidence to the contrary is readily available. It is assumed there are no adverse environmental conditions that the subject's current and / or projected use is its highest and best use unless other information is available to the contrary. It is acknowledged that the use of these extraordinary assumptions may affect the assignment results.

**Intended Use:** The intended use of this appraisal report is for the client to perform a risk analysis of the property that is the subject of this appraisal.

**Intended User:** The intended user of this appraisal report is the client. There shall be no other intended users.

**Interest Being Appraised:** Fee Simple Interest

**Type and Definition of Market Value:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Appraisers Certification:**
The Appraiser certifies and agrees that I have at a minimum:

1. Developed and reported this restricted appraisal in accordance with the scope of work requirements stated in this restricted appraisal report.
2. Performed this restricted appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this restricted appraisal report was prepared.
3. Have the knowledge and experience in appraising this type of property and the skills to develop and prepare this report in accordance with the scope of work requirements stated in this restricted appraisal report, and the requirements of the Uniform Standards of Professional Appraisal Practice in place at the time this restricted appraisal report was prepared.
4. Researched, verified, analyzed, and reported on any:
   a) Current agreement for sale for the subject property,
   b) Any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal,
   c) Prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.
5. Awareness of and have access to, the necessary and appropriate public and private data sources, such as aggregated multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located and have adequate data to develop a reliable sales comparison approach for this appraisal assignment.
6. Not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.
7. No present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction.
8. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding that I would report (or present analysis supporting) a predetermined value, or a minimum value, or a range or direction in value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event.
9. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
10. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks.

**Contingent and Limiting Conditions:**
The appraiser used data that was obtained from sources deemed to be reliable. The appraiser is not responsible for any errors in information obtained from data reporting services.

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS
Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

Xome

1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID:

## SUBJECT PROPERTY PHOTOS


Exterior - Street View 1


Exterior - Side 1


Exterior - Subject


Exterior - Address Verification


Exterior - Side 2


Exterior - Street View 2

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS
Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing

Xome

1516 MAYS LANDING ROAD FOLSOM NJ 08037
Order Ref ID:

INSPECTION PHOTOS

Copyright © 2017 Xome Inc., Xome CT LLC (for CT properties only). All rights reserved. Xome Inc., 750 Highway 121 BYP, Suite 100, Lewisville, TX 75067. MLS Data provisioned under license on behalf of Xome Inc. Brokers at www.xome.com/pages/licensing